UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME N. SCOTT, | ) | Case No. ED CV 09-1554 GAF (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| SYLVIA GARCIA, Warden | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: March 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE